IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES NEWSOME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:10CV548-WHA |
| | ) | |
| KWANGSUNG AMERICA, CORP., | ) | (wo) |
| | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This cause is before the court on the Plaintiff's Motion in Limine to Exclude Any Witnesses, Argument, or Line of Questioning by Defendant that Other Employees Were Terminated for Similar Reasons (Doc. #42).

The Order on Pre-Trial Hearing entered in this case gave September 6, 2011 as the deadline for nonmovants to reply to motions in limine.  *See* Doc. #36 at ¶ 5.  The Uniform Scheduling Order entered in this case provides that the "failure to file a response to any motion–either dispositive or non-dispositive–within the time allowed by the Court shall indicate that there is no opposition to the motion."  *See* Doc. #15 at § 6.

The case docket reflects that no response has been filed by the Defendant to the Plaintiff's Motion in Limine (Doc. #42).  Therefore, there being no opposition to the Motion in Limine, it is hereby

ORDERED that the Plaintiff's  Motion in Limine to Exclude Any Witnesses, Argument, or Line of Questioning by Defendant that Other Employees Were Terminated for Similar Reasons (Doc. #42) is GRANTED.

Done this 7th day of September, 2011.

                                              /s/ W. Harold Albritton  
                                              W. HAROLD ALBRITTON  
                                              SENIOR UNITED STATES DISTRICT JUDGE