IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES NEWSOME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.  3:10CV548-WHA |
| | ) | |
| KWANGSUNG AMERICA, CORP., | ) | (wo) |
| | ) | |
| Defendant. | ) | |

ORDER

This cause is before the court on the Defendant's Objections to Plaintiff's Witness and Exhibit Lists (Doc. #51).

The Scheduling Order entered in this case provides that objections to evidence shall be filed 14 days prior to the trial date, and the offering party shall file a written response to the objections no later than 7 days prior to trial.  *See* Doc. #15 at § 11.

The Scheduling Order further provides that the "failure to file a response to any motion–either dispositive or non-dispositive–within the time allowed by the Court shall indicate that there is no opposition to the motion." *Id.* at § 6.

No response to the Defendant's Objections has been filed by the Plaintiff within the time allowed by the Scheduling Order.  Accordingly, it is hereby

ORDERED that the Defendant's Objections to Plaintiff's Witness and Exhibit Lists (Doc. #51) are SUSTAINED.

Done this 13th day of September, 2011.

       /s/ W. Harold Albritton       
       W. HAROLD ALBRITTON
       SENIOR UNITED STATES DISTRICT JUDGE