**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES NEWSOME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.  3:10CV548-WHA |
| | ) | |
| KWANGSUNG AMERICA, CORP., | ) | (wo) |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the court on the Plaintiff's Amended Exhibit List (Doc. #69).

The Plaintiff has filed an Amended Exhibit List and states that the list as amended distinguishes between exhibits the Plaintiff intends to admit and exhibits the Plaintiff may use for rebuttal.  There are, however, five exhibits included in the listed exhibits which the Plaintiff seeks to introduce at trial which were previously excluded by this court's September 13, 2011 Order (Doc. #67).   The exhibits included on the Amended List as to which objection to admissibility previously has been sustained are Exhibits ## 28, 29, 30, 39, and 40.  An additional four exhibits, Exhibit ## 10, 25, 35, 36 are also subject to this court's order to the extent that KwangSung can raise further objection to the exhibits at trial.

Accordingly, it is hereby

ORDERED that the Defendant's Objections are SUSTAINED as to Exhibits ## 10, 25, 28, 29, 30, 35, 36, 39, and 40 of the Plaintiff's Amended Exhibit List.

Done this 16th day of September, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE